UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.00cr0516-BTM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL OF INDICTMENT; |
| | ) | WITHDRAWAL OF ARREST WARRANT; |
| CARLOS FRANCISCO IBARRA-VILLA, | ) | AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant CARLOS FRANCISCO IBARRA-VILLA, be dismissed without prejudice; and,

IT IS FURTHER ORDERED that the arrest warrant for CARLOS FRANCISCO IBARRA-VILLA, be recalled.

DATED: February 29, 2012

_____
BARRY TED MOSKOWITZ, Chief Judge
United States District Court